## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

JAMES TRAVIS ALLEN                                                                                        PETITIONER
Reg. # 53203-018

V.                                            2:11-CV-00162-JJV

T. C. OUTLAW, Warden,                                                                                   RESPONDENT
FCC Forrest City, AR

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

SO ORDERED this 24th day of January, 2012.

_____
JOE J. VOLPE
UNITED  STATES  MAGISTRATE  JUDGE