**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

| | |
|---|---|
| JAMES TRAVIS ALLEN<br>Reg. # 53203-018 | PETITIONER |
| V.                    2:11-CV-00162-JJV | |
| T. C. OUTLAW, Warden,<br>FCC Forrest City, AR | RESPONDENT |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

SO ORDERED this 24th day of January, 2012.

_____
JOE J. VOLPE
UNITED  STATES  MAGISTRATE  JUDGE